**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MEHMET EMIN BASARAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; JOSEPH B. EDLOW, DIRECTOR OF USCIS; BROOKE KELLY, DIRECTOR OF THE NEWARK ASYLUM OFFICE OF USCIS;<br><br>*Defendants*. | Docket No. 2:26-cv-10576 |

**<u>VOLUNTARY DISMISSAL ORDER-CL</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure (FRCP) 41(a)(1)(A)(i), Plaintiff Mehmet Emin Basaran ("Plaintiff"), by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action.

At the time of this filing, Defendants have not served a response or a motion. Plaintiffs have not previously dismissed any federal- or state-court action based on or including the same claim. Accordingly, this Notice of Voluntary Dismissal is self-effectuating.

Pursuant to FRCP 41(a)(1)(B), this dismissal is without prejudice. This dismissal is further without costs and without attorneys' fees to any party.

Dated: November 2, 2026
SO ORDERED:
11/3/2026
**<u>s/Stanley R. Chelser, U. S. D.J</u>**

**ONAL GALLANT BAYRAM & AMIN PC**
/s/ Nermin Funda Karadag
By:Nermin Funda Karadag, Esq. (NJ Bar No. 518142025)
619 River Dr., Suite 340
Elmwood Park, NJ 07407
P: (201) 508-0808
fkaradaglaw@gmail.com
Attorney for Plaintiff